085-15

ORIGINAL

Dear Appeals Personnel

Review For Direct Appeal

Sincerely
George M. Hodge

FILED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

# IDENTITY OF PARTIES AND COUNSEL

IN ACCORDANCE with Rule 38.1(A) TX Rules of Appellate Procedure, Counsel for Appellant certifies The following is A Complete list of Parties and Counsel Known to be legally interested in the resolution of the instant Appeal

Hon LAURIE English
112th District Attorney
SBOT No 24025349
P.o. Box 1187
OZONA, TX 76943

George Bell McIntyre
TDCJ No 01770138
TDCJ Polunsky Unit
3872 FM 350 South
Livingston TX 77351
Appellant

Hon Michael Dobbins
Assistant 112th District Attorney
SBOT No 0596100
400 S. Nelson St
Fort Stockton TX 79735

Hon Kirk G Meade
Meade Law Office
SBOT No 24033925
243 E. Holland Ave.
Alpine, TX 79830
Trial Counsel For Appellant

George McIntyre

No. -

## IN THE COURT OF CRIMINAL APPEALS
### AUSTIN TX

GEORGE BELL MCINTYRE, APPELLANT

VS

THE STATE OF TEXAS, APPELLE

On Appeal From 112TH District Court Pecos County TEXAS

CAUSE No. P.3166-112-CR

## BRIEF FOR APPELLANT

PREPARED by:
GEORGE MCINTYRE
ID# 1970138
Polunsky UNIT
3872 FM 350 SouTh
LIVINGSTON TX. 77351
TElephone =

March 14, 2015

George Bell McIntyre
EO# 1770138
Pulunsky Unit
3872 FM 350 South
Livingston TX. 77351

Re Appellate Cause No. 08-12-00099 CR
George Bell McIntyre V. The State of Texas

Dear Personnel of Appeals Court

I was indicted in Sep. of 1999 For Sexual assault on Mikala Payne. I was pulled over by Sheriff Bruce Wilson of Pecos County. in Ft. Stockton TX. He Never Cuffed me he Said come down To my office I have an indictment on you. I made bond #5000 And Never went to Jail. He Set bond. The Allegged charge was on the date of July 1997, 2½ Years prior of indictment She Mikala Payne was Not Present at My, Residents Nor in Ft. Stockton TX. She (MP) was in River Crest Hospital in San Angelo TX. 200 Miles From Pecos County. I hired an Attorney, Michael McLeiash, of Odessa TX. He Filed depositionof Witnesses And Change of Venue. We went to Arraignment Trial. I Pled Not Guilty. 9 Months Case was dismissed by DA. Albert Valadez And 83rd District

Judge Carl Pendagrass of Del Rio TX.
Charge was dismissed on Dec. 23, 2000

Note 9 years later TX Ranger Nick Hana
arrested me in Ft. Stockton on April 15
2009. For conspiracy to commit murder
on this Joe Daggett fellow that I never
knew existed. I am moved to Midland County
238 District Court. John Hyde Judge.
2 months later court appointed Attorney
Roy Scott, said D.A. offers you 20 years
I said No Way! Not going to plea guilty
to a crime I did not commit.
OK I go to arraignments for a long
year they set 2 trial dates, Nothing
they were postponed because there was
no evidence, Attention on 2 occassion they
offered me $50.000 dollars. And grant
me immunity for prosecution. My answer
was No. Because I know nothing on Daggett
case, Only what I've heard.
On or about march of 2010 Attorney Roy
Scott came and ask me if I wanted to live
with Jill Broughton x wife in Midland TX
I said you had better get her permission
So they let me out of jail to live with
her. Let me out on P.R. Bond, I intention
where things was going be dimissed.

I moved in with x wife Jill. I done a lot of work for her and we got along fine. I got my drivers licensed and S.S. Card. They were lost in Ft. Stockton when I was arrested in April 2009. I had to report to Kneenie Hyden Probation Officer. 1 time a week. We got along fine. No Problems with her.

Then on May 15 TX Ranger Nick Hanna Thats on May 15 2010. Shows up at Jill house with warrant and arrest me for Sexual Assault on step daughter Mikala Payne That I have not seen in fifteen years. I was shocked. Charged with 6 counts 3 indecency and 3 sexual assut.

P.S. First 4 counts of Alleged Charges 2 counts in March 15-16 of 1995 indecency (NOTE) She Mikala Payne was in Syder TX. 200 miles from Ft. Stockton.

The other 2 counts allegely were in Feb 15-16 1996. Same as first 2 counts She was not in Ft. Stockton TX. She says her said they were out for spring break. Thats false. The other 2 counts are the same. She M.P. was no where near me. And I quote I had witnesses. Alibi is to prove it. 4 people. X wife Common law wife Hope Roberts and 14 and 15 year old Chris and Brook Winchauf of San Angelo. And Also my son David McEin Tyre Chris and Brook are her kids

My Bond was set at $300,000.00
No way I could make such a Bond on top of the
Conspiracy set at $150,000.00
 OR They took me to Pecos Co Jail in F.T. Stockton Tex
I stay there 5 days and deputies for Midland TX.
Came and took me back to Midland Jail for
Bench Warrant on Conspiracy Charge.
The Courts done Nothing Made No dicisions.
Instead of Taking me back to Pecos Co F.T. Stockton.
They Left me in Downtown Midland Co Jail for
120 Days in Isolation No Phone No T.V.
Reck Maybe Once a week. That was inhumane
Inspectors came from State and Condemned
Down Town Midland County Jail Later
Finally in Aug or Sep. They brought me to Pecos Co. in F.T
Stockton Tx. For 4 or 5 months I went To Arraighment
Courts (Nothing was done) P.S. (The Judge District
Judge PETE Gomez 112th) Finally Appointed me
a Attorney Kirk Meade from Alpine TX.
It Took him 6 months to Talk to me. Heres
What he said Well George They have No
Physical, Medical, OR DNA Evidence
Quote I said because Mikala Payne And her
Mother are Lying. And because Crimes
NEVER Happened. There no Evidence because Crimes Never happened
Important Take Note. Apper I personnel, There
Was only One Charge in Decembers indictment
of 1999. M.P. Comes 10 years later with 6 More
Counts Charge And charge in 1999 Was Not in 2.00.9 of Novembers indictment
That Strange isn't it-

(NOTE ATTENTION)

ATTORNEY KIRK MEADE WAS VERY INCOMPETENT AND WAS VERY INSUFFICIENT IN COUNSELLING ME.

No. 1 HE DID NOT FILE CHANGE OF VENUE

No 2 HE DID NOT FILE DEPOSITION OF WITNESSES.

NO, 3 HE DID NOT FILE PROBATION, BECAUSE I HAD NO PRIOR FELONY CONVICTIONS.

ON OR AROUND Oct. OF 2011 ATTORNEY SAYS WE ARE GOING To A BENCH TRIAL. AT BENCH TRIAL THESE ARE THE WORDS OF MEADE. (ME) MIKAYLA PAYNE HAS LIED TO HER TEACHERS AND MOTHER, LIED TO LOCAL LAW ENFORCEMENTS, AND LIED TO GRAND JURY AND SHE WILL LIE TO THIS COURT. JUDGE GOMEZ KNOWS. I THOUGHT WELL THATS GOOD. BUT HE DECIDES NOTHING.

THEN SOMETIME IN DEC ATTORNEY COMES TO ME AND SAYS D.A. WANTS A PLEA BARGIN, OFFERS ME 17 YEARS ON COUNT 4 CHARGE, SAID OH DOES THAT MEAN I'm NOT GUILTY OF THE OTHER 5 COUNTS, WELL MR MEADE I AM NOT GUILTY OF THIS COUNT EITHER AND I'm SURE NOT GOING TO PLEA GUILTY TO A CRIME I DID NOT COMMIT.

SO TRIAL STARTS IN FEB 9-2012 GUESS WHO HELPS PICK JURY, CHIEF DEPUTY E.T. PERKINS. MY ATTORNEY KIRK MEADE DOES NOT PICK A ONE,

Trial Began on Febouary 8th And I was Found Guilty on Feb 12th on All 6 Counts Judge Goomez give me 75 years, He gave me an Appeal Application And my Appeal was Filed with Don Payne of San Angelo. The Appeal Attorney in 8th Court of Appeals in El Paso Tx.

Note I wase indicted 7 months And did'nt know it. The Courts put wrong Filing dates on the indictment. And I quote put wrong Dates on charges they were Changed 3 Times. It Took them 6 Months To change Them. I was in County Jail in Midland And Pecos County For Almost 3 years 34 months beFore I was Tried.

US Marshals pick me up on Sep 9th 2012 To go To Bench Trial. And I was in Cement Unit 7 months And was pick up by U.S. Marshals To go To Trial on Conspiracy To commit Murder on Dagget Case. (Judge) District Judge Rodney Satterwhite dismissed charge at Bench Trial, Because I quote, There was No Evidence And I ——— Was Not involved with crime. I did Not Know Suspects or Alleged Victim. Judge Satterwhite dismissed Case After 3½ year in County And TDCJ.

Argument

On the evidence presented, a rational jury could not have reached a conclusion without reliance on speculation. A conclusion reached by speculation may not be completely unreasonable but cannot support, based on fact and evidence, a finding beyond a reasonable doubt.

"Even though the state was not bound by the "on or about" date alleged in Count 3 charge, there was no evidence adduced at trial of any offense that otherwise met the description of the offense alleged in Count Three of the indictment, thus the evidence was legally insufficient to support the jury's verdict of guilty beyond a reasonable doubt concerning aggravated sexual assault of a child as charged in Count Three.

Prayer, Wherefore, Premises Considered, Appellant prays this honorable court hold that the evidence presented at trial was legally insufficient to support the jury's verdicts of guilty on all counts of the indictment against Appellant and therefore reverse the judgment of the trial court and render a judgment of acquittal on all counts of the indictment. In the alternative, Appellant prays this honorable court hold that the evidence presented at trial was legally insufficient to support

The Jury's Verdict of Guilty of the offense Attempted Aggravated Sexual Assault of a Child alleged in Count Three of the indictment And Therefore Reverse The Judgement of the Trial and Render a Judgement of Acquittal as To Count Three of the indictment

This is closing testimony of Attorney Don Payne.

Dear Appeal Personnel.

All Notes and Statements Written in these letters are Facts and The Truth.

#1 There was No Medical, Physical D.N.A. Presented Because of The Simple Fact Alleged Crimes Never Happened.

#2. My Attorney Kirk Meade was Very incompetent defending me at trial. "I had 4 Witnesses (Alibis) To Testify That Mikala Payne was Not Present at Times of Alleged. I Told Meade There Names and Fathers Name He Made No Effort To Find Them.

ps "I did Not get A Fair Trial by No Means"

I could Not get in Law Library and caught in Lockdown 2 weeks!

Sincerely DM.

MCIntyre George

ID# 1770138

Polasky Unit

3872 FM 350 South

Livingston TX. 77351

Court of Criminal Appeals

PO BOX 12308

Austin TX. 78711

NORTH HOUSTON TX 773